# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00691-CV

**In re Malinda Walls**

## ORIGINAL PROCEEDING FROM TOM GREEN COUNTY

## M E M O R A N D U M   O P I N I O N

Relator filed a petition for habeas corpus, complaining of the trial court's judgment finding her in civil and criminal contempt and ordering her confined for 180 days. *See* Tex. R. App. P. 52.8; *see also* Tex. Gov't Code Ann. § 21.002 (West 2004). Having reviewed the petition, the record, and the response filed by the real party in interest, we deny relator's petition for writ of habeas corpus.

_____

David Puryear, Justice

Before Justices Puryear, Rose and Goodwin

Filed: November 30, 2011